AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00116 |
| Tam Dinh Pham | ) | Assigned to: Judge Zia M. Faruqui |
|  | ) | Assign Date: 1/19/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
| **Date of Birth: XXXXXXXX** | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                                   *Offense Description*

18 U.S.C. 1752 (a)(1), (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(D) & (G)- Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Amie Stemen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/19/2021__       _____
*Judge's signature*

City and state:   Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*